**JAMES L. ARMSTRONG,** Bar No. 87797
Associate with the Law Offices of
**Steven R. Jacobsen**
901 Clay Street
Oakland, California 94607
Phone: (510) 465-1500 Fax: (510) 465-1501
Email: jla@theaccidentallawyer.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ANGUIANO, | No. C 06-02232 MJJ |
| Plaintiff, | PLAINTIFF'S REQUEST AND (PROPOSED) ORDER DISMISSING THE ACORN DEFENDANTS |
| vs. | |
| RICHLEN CONSTRUCTION, KDF CITY TOWERS, LP, CITY TOWERS APARTMENT BUILDINGS, ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW, INC. ("ACORN"), ACORN COMMUNITY LAND ASSOCIATION, ACORN HOUSING CORPORATION, CITY OF OAKLAND, UNITED STATES OF AMERICA, | |
| And Does 1-100, | |
| Defendants.       _/ | |
| And related Third-Party Complaint  _/ | |

Plaintiff requests that the court dismiss, without prejudice, and with each party to bear its own costs, defendants ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW,

//

//

-1-

Plaintiff's Request and (Proposed)
Order Dismissing the Acorn Defendants
Case No. C 06-02232 MJJ

1 | INC. ("ACORN"), ACORN COMMUNITY LAND ASSOCIATION and ACORN HOUSING
2 | CORPORATION.
3
4 | Dated: June 20, 2006                    James Armstrong for plaintiff         //s//
5 |                                          [Typed name and signature of counsel.]
6
7 |     So ordered.
8 | Dated: 8/16/2006                         _____
9 |                                          UNITED STATES DISTRICT JUDGE