1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Tenth Floor
      San Francisco, California 94102
      Telephone:       (415) 436-6909
6     Facsimile:       (415) 436-6748
      Email: jonathan.lee@usdoj.gov
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10
   ANTONIO ANGUIANO,                        )    No. C 06-2232 MJJ
11                                          )
          Plaintiff,                        )    **STIPULATION AND** ~~PROPOSED~~
12                                          )    **ORDER TO (1) EXTEND THE**
       v.                                   )    **MEDIATOR'S JURISDICTION BY 90**
13                                          )    **DAYS AND (2) POSTPONE THE CASE**
   RICHLEN CONSTRUCTION, ET AL.,            )    **MANAGEMENT CONFERENCE AND**
14                                          )    **RELATED DEADLINES BY 60 DAYS**
          Defendants.                       )
15                                          )
                                            )
16                                          )
                                            )
17  _____)

18
19  FOR THE REASONS STATED HEREIN AND SUBJECT TO THE APPROVAL OF THE

20  COURT, THE PARTIES BELOW, THROUGH THEIR COUNSEL OF RECORD, STIPULATE

21  TO AND REQUEST AN ORDER OF THE COURT CONFIRMING THE FOLLOWING:

22

23     (1) to Extend the Mediator Michael R. Marron, Esq.'s Jurisdiction from September 18, 2006

24  to December 18, 2006, and

25

26     (2) to Postpone the Case Management Conference from August 29, 2006 at 2:00 p.m. to
    November 7, 2006
27  ~~October 24, 2006~~ at 2:00 p.m.   mt

28

STIPULATION AND ~~PROPOSED~~ ORDER
C 06-2232 MJJ                          -1-

1    The parties make this stipulation in order to (1) permit defendants, including the United

2    States, to make their first appearance following recent service of the complaint, (2) permit new

3    parties, such as Third Party Defendant Fitzgibbon Masonry, to make their first appearance after

4    recent filing of a Third Party Complaint (*see* Docket #28), and (3) avoid scheduling conflicts for

5    counsel who have vacation plans.

6

7    The parties believe that the mediation will be more productive if the pleadings are at issue.

8    The parties also believe that the case management conference will be more productive under

9    those circumstances.

10

11   **SO STIPULATED.**

12                                          LAW OFFICES OF STEVEN R. JACOBSEN
13

14   Dated: August 16, 2006              _____/s/_____
                                          JAMES L. ARMSTRONG
15                                        Counsel for Plaintiff

16
                                          ARCHER NORRIS
17

18   Dated: August 18, 2006              _____/s/_____
                                          ALLAN L. ISBELL
19                                        Counsel for Richlen Construction

20
                                          MURPHY, PEARSON, BRADLEY & FEENEY
21

22
     Dated: August 18, 2006              _____/s/_____
23                                        STEVEN AARON KRONENBERG
                                          Counsel for KDF
24

25                                        OFFICE OF THE CITY ATTORNEY, OAKLAND

26
     Dated: August 18, 2006              _____/s/_____
27                                        RACHEL WAGNER
                                          Counsel for City of Oakland
28

STIPULATION AND ~~PROPOSED~~ ORDER
C 06-2232 MJJ                                  -2-

KEVIN V. RYAN
United States Attorney

Dated: August 17, 2006

_____/s/_____
JONATHAN U. LEE
Assistant United States Attorney

**IT IS SO ORDERED:**

DATED: __8/21/2006_____        _____

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER
C 06-2232 MJJ                                           -3-