William S. Kronenberg - 133730
Steven A. Kronenberg - 215541
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendant and Cross-Claimant
KDF CITY TOWERS, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ANGUIANO,<br><br>    Plaintiff,<br><br>v.<br><br>RICHLEN CONSTRUCTION, KDF CITY TOWERS, LP, CITY TOWERS APARTMENT BUILDINGS, ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW, INC. ("ACORN"), ACORN COMMUNITY LAND ASSOCIATION, ACORN HOUSING CORPORATION, CITY OF OAKLAND, UNITED STATES OF AMERICA, and Does 1-100,<br><br>    Defendants.<br><br>And related cross-actions. | Case No.: C06-02232 MJJ<br><br>CROSS-CLAIMANT KDF CITY TOWERS'S REQUEST AND [PROPOSED] ORDER DISMISSING ACORN CROSS-DEFENDANTS |

Cross-claimant KDF CITY TOWERS, LP, respectfully requests this Court to dismiss, without prejudice, and with each party to bear its own costs, cross-defendants ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW, INC. ("ACORN"),

/ / /

/ / /

/ / /

- 1 -

Cross-Claimant Kdf City Towers's Request And [Proposed] Order Dismissing Acorn Cross-Defendants

ACORN COMMUNITY LAND ASSOCIATION, and ACORN HOUSING CORPORATION.

Dated: September 14, 2006

MURPHY, PEARSON, BRADLEY & FEENEY

By _____/S/_____
Steven A. Kronenberg
Attorneys for Defendant and Cross-Claimant
KDF CITY TOWERS, LP

So ordered.

Dated: 9/18/2006

_____
UNITED STATES DISTRICT JUDGE

SAK.10339242.doc

- 2 -

Cross-Claimant Kdf City Towers's Request And [~~Proposed~~] Order Dismissing Acorn Cross-Defendants