IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ANGUIANO,<br><br>              Plaintiff,<br><br>   v.<br><br>RICHLEN CONSTRUCTION,<br><br>              Defendant.<br>_____/ | No. C06-02232 MJJ<br><br>**[AMENDED] ORDER TO SHOW CAUSE** |

On September 6, 2006, the Defendant United States filed a Motion to Dismiss (Doc. #37), and noticed the Motion for hearing on October 17, 2006. Pursuant to Local Rule of Civil Procedure 7-3, any opposition or notice of non-opposition to a motion must be served and filed no less than 21 days before the hearing date. To date, Plaintiff has failed to file any response to Defendant's Motion. Accordingly, the Court orders Plaintiff to show cause as to why he failed to file a timely opposition or notice of non-opposition and why the Court should consider any late-filed opposition. Plaintiff shall file his response to this Order, along with any opposition, <u>by 5:00 p.m., October 3, 2006</u>. Plaintiff's failure to response to this Order may result in imposition of sanctions, including the granting of Defendant's Motion. Defendant may file a reply one week after Plaintiff files his response to this Order and his opposition, if any.

**IT IS SO ORDERED.**

Dated: 10/2/2006

                                                        MARTIN J. JENKINS<br>
                                                        UNITED STATES DISTRICT JUDGE