| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | JONATHAN U. LEE (SBN 148792)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Ninth Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6909 |
| 6 | Facsimile: (415) 436-6748<br>Email: jonathan.lee@usdoj.gov |
| 7 | |
| 8 | Attorneys for Defendant UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANTONIO ANGUIANO, | ) | No. C 06-2232 MJJ |
| Plaintiff, | ) | **STIPULATION AND** ▓▓▓▓ |
| v. | ) | **ORDER FOR DISMISSAL OF THE UNITED STATES OF AMERICA WITH** |
| RICHLEN CONSTRUCTION, ET AL., | ) | **PREJUDICE** |
| Defendants. | ) | |
| AND RELATED COUNTER CLAIMS | ) | |

For the reasons set forth in the Motion to Dismiss the United States of America (Docket #37) and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), the parties stipulate to the dismissal of the United States of America, with prejudice, from the captioned litigation, <u>Antonio Anguiano v. Richlen Construction, et al.</u>, Northern District of California case number C 06-2232 MJJ. Each party will bear its own costs.

In light of the foregoing, the parties request that the Court vacate all pending dates, ▓▓e and closes the case file.  (mt)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

STIPULATION AND ▓▓▓▓▓▓ ORDER FOR DISMISSAL OF USA WITH PREJUDICE
No. C 06-2232 MJJ                              -1-

_____ This stipulated dismissal applies only to the United States of America.

**SO STIPULATED.**

                        LAW OFFICES OF STEVEN R. JACOBSEN

Dated: September 20, 2006        /s/_____
                                      JAMES L. ARMSTRONG
                                      Counsel for Plaintiff


                        ARCHER NORRIS

Dated: October 4, 2006         /s/_____
                                      ALLAN L. ISBELL
                                      Counsel for Richlen Construction


                        MURPHY, PEARSON, BRADLEY & FEENEY

Dated: September 20, 2006       /s/_____
                                      STEVEN AARON KRONENBERG
                                      Counsel for KDF


                        BOORNAZIAN, JENSEN & GARTHE

Dated: October 4, 2006         /s/_____
                                      GEORGE I. DEAN
                                      Counsel for FITZGIBBON MASONRY


                        OFFICE OF THE CITY ATTORNEY, OAKLAND

Dated: October 5, 2006         /s/_____
                                      RACHEL WAGNER
                                      Counsel for City of Oakland

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |
| Dated: September 20, 2006 | __/s/_____<br>JONATHAN U. LEE<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

DATED: 10/5/2006

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL OF USA WITH PREJUDICE
No. C 06-2232 MJJ                    -3-